UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOWELL HARVARD,<br><br>       Plaintiff,<br><br> -against-<br><br>JOHN OR JANE DOE, M.D.;<br>SUPERINTENDENT, DOWNSTATE<br>CORRECTIONAL FACILITY,<br><br>       Defendants. | 20-CV-9838 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued March 15, 2021, dismissing the amended complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the amended complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: March 15, 2021
    New York, New York

                     *Louis L. Stanton*
                     Louis L. Stanton
                       U.S.D.J.